# UNITED STATES DISTRICT COURT
для the

Northern District of Illinois

| | |
|---|---|
| Kathy Travis <br><br> *Plaintiff(s)* <br><br> v. <br><br> Sam C. Pitassi Melrose Park Police dept etc, all *Defendant(s)* | 1:22-cv-04474 <br> Judge Jorge L. Alonso <br> Magistrate Judge Sunil R. Harjani <br> RANDOM <br> Travis v. Pitassi, et al |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sam C. Pitassi
1 N. Broadway
Melrose Park, Il 60160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kathy Travis
1318 S. 7th Avenue
Maywood, Il 60153

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:

*Signature of Clerk or Deputy Clerk*

RECEIVED
AUG 23 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT